JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILLION SOURCE LIMITED, INC., | Case No. CV 22-2166 FMO (AFMx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| PLASTIC-VIEW A.T.C., INC., et al. | |
| Defendants. | |

Pursuant to the Court's Order re: Default Judgment, IT IS ADJUDGED that judgment is entered in favor of Million Source Limited, Inc. and against Lenny Ventures, LLC, in the total amount of $1,250,000 in damages. Lenny Ventures is also ordered to pay costs in the amount of $3,316.76, prejudgment interest in the amount of $140,068.40, and post-judgment interest pursuant to 28 U.S.C. § 1961(a).

Dated this 28th day of February, 2023.

/s/
Fernando M. Olguin
United States District Judge